THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 10-55072
MARIANO F BRANTLEY )
DEBTOR(S) ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
)
) 341 MEETING OF CREDITORS HAS
) BEEN CONCLUDED

---

    Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the 341 Meeting of Creditors has been concluded.

Keith L. Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308

cc: ROBERT M WHITTINGTON (via ECF)

MARIANO F BRANTLEY
737 GRACE AVE.
AKRON, OH 44320

CHAPTER 13
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

HOLLY BYLER
Office of the Chapter 13 Trustee
330-762-6335 Ext. 225
hbyler@ch13akron.com
Please contact the person above
for questions regarding this form.